**Order entered April 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00224-CR
No. 05-18-00225-CR
No. 05-18-00226-CR

**EX PARTE IVAN VETCHER**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. W401-81746-2013-HC,**
**W199-81478-2013-HC, W199-82614-2013-HC**

## ORDER

Before the Court is appellant's April 10, 2018 motion to extend the time to file his brief.

We **GRANT** the motion and **ORDER** appellant's brief filed on or before **May 18, 2018**. The

Court will not grant any further extensions on appellant's brief. If appellant's brief is not filed

by May 18, 2018, the cases will be submitted without appellant's brief.

The State's brief shall be due on **June 8, 2018**. Per the Court's order of March 29, 2018,

the cases will be submitted on **June 12, 2018**.

/s/    DAVID L. BRIDGES
       JUSTICE